UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CV-261-F

| | |
|---|---|
| VISTAR CORPORATION, )<br>a Colorado Corporation, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>VINCENT TORREY; and FERRARO )<br>FOODS, a New Jersey Corporation, )<br>      Defendants. ) | O R D E R |

In light of the plaintiff's notice of Voluntary Dismissal Without Prejudice of Defendants Vincent Torrey and Ferraro Foods [DE-14], it is ORDERED that the pending motions [DE-2, -10, -13] are DENIED as moot. The Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This the 31st day of July, 2009.

JAMES C. FOX
Senior U.S. District Judge